IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 7:08-cr-7 (LAG) |
| | : | |
| LEON BERNARD SPIKES, | : | |
| | : | |
| Defendant. | : | |

## ORDER ON MOTION TO APPOINT COUNSEL

Defendant Leon Bernard Spikes has filed a motion for appointment of counsel in connection with a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 161). There is no constitutional or statutory right to appointed counsel for a motion to modify an imposed term of imprisonment under 18 U.S.C. § 3582(c). *See United States v. Webb*, 565 F.3d 789, 795 (11th Cir. 2009) (specifically addressing motions under § 3582(c)(2)). Courts retain discretion, however, to appoint counsel in "instances in which equitable concerns would make the appointment of counsel appropriate to ensure a just outcome." *Id.*, at 795, n. 4. Upon review of Defendant's motion, it appears that the interests of justice warrant the appointment of counsel in this case. The Court has also found that Defendant is unable to obtain adequate legal representation, authorizing the Court to provide counsel pursuant to the provisions of the Criminal Justice Act of 1964, 18 U.S.C. § 3006A, *et seq*. Accordingly, the Federal Defenders of the Middle District of Georgia, Inc. is hereby appointed to represent Defendant Leon Bernard Spikes in connection with his pending motion for compassionate release.

Defendant shall have 21 days from the date of this Order to file any supplementary brief in support of his motion, and the Government shall have 21 days from the filing of Defendant's brief to file any response.

**SO ORDERED**, this the 4th day of February, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
